**LEGAL FEES BREAKDOWN**

ATTORNEY FEE: $335.00/hour        14.4 hours x $335.00 = $4,824.00
Brad J. Sadek, Esq.
Matthew H. Lazarus, Esq.

PARALEGAL FEE: $125.00/hour       3.9 hours x $125.00 = $ 487.50
Karen M Campling
Jordan L. Gaffin
Brenda Viruet

                         Total: $4,824.00 + $487.50 = $5,311.50

---

.3
BJS                              3/24/20
Receive and review plan language from opposing counsel; Plan language incorporates our agreement and what client is staisfied with

.3
BJS                              3/21/20
Emails with opposing counsel.

.2
BJS                              3/16/20
Email to opposing counsel agreeing to the deal

.2
BJS                              3/16/20
Email from client accepting offer

.2
BJS                              3/12/20
Email from client

.2
BJS                              3/11/20
Counter from opposing counsel; email to client.

.2
BJS                              3/10/20
Email with client regarding Bank of America.

.4
BJS                              3/09/20
Spoke with client; Offer to opposing counsel.

.2
BJS                              3/02/20
Email to opposing counsel

.2
BJS                              3/02/20
Email from client.

.2
BJS                              2/27/20
Email to client

.3
BJS                         2/27/20
Email from opposing counsel

.3
BJS                         2/18/20
Email to opposing counsel.

.3
BJS                         2/11/20
Spoke with client: 100 month 500 a month starting in 2/2022 to 85k deficiency. Client will send ocs for opposing counsel

.2
BJS                         2/11/20
Email from client.

.2
BJS                         2/07/20
Email to client.

.3
BJS                         2/05/20
Email to client.

.2
KMC                         2/03/20
CNR

.3
BJS                         1/29/20
Emails to and from client.

.3
BJS                         1/28/20
Email to client.

.3
BJS                         1/21/20
Conversation with client and email to opposing counsel.

.2
KMC                         1/08/20
Amended Plan Payment Letter

.4
KMC                         1/07/20
File Amended Plan; Prep and file Fee App and Pre-conf cert

.4
BJS                         12/23/19
Spoke with client. Will use tax assessed value of empty lot of $7,500 and then get appraisal if need be.

.4:
MHL                         12/23/19
Email with client. Client sending tax assesment of property for trustee. Consider NEE and amended plan with Brad. Might need amended a/b/c

.3
BJS                         12/18/19
Emails with client

.3
BJS                         12/18/19
    Emails with client

.1
BV                          11/04/19
341 continued hearing date letter sent to clients.

.3
BJS                         10/16/19
    Emails with client

.3
BJS                         10/15/19
    Emails with client

.2
BV                          10/09/19
341 letter mailed to client with business questionnaire.

.3
BJS                         10/02/19
Email from and to client re Bank of America

.3
KMC                         10/02/19
Plan payment ltr to client; Scan and email petition to client (as requested by client)

.3
BJS                         10/01/19
    File amended "F".

.4
BJS                         10/01/19
Amend schedule "f" to add business creditors.

.3
KMC                         9/30/19
    File petition

.2
BJS                         9/30/19
    Email to client

.3
BJS                         9/28/19
    Emails from client

.5
BJS                         9/27/19
    Met with client

.7
BJS                         9/26/19
    Work on petition.

.4
BJS                         9/11/19
    Met with client, received information

# Best Case Bankruptcy Case Notes
## Williams, Deborah & Paul

**.5**
BJS                            9/09/19
File review and email to client

**1.5**
MHL                            9/09/19
File review.

**1.5**
JLW                            8/30/19
Drafted Petition.

**.3**
BJS                            8/13/19
Email from and to client.

**.3**
KMC                            8/05/19
Received documents from client. Sent letter advising what is still needed. Included profit & loss statements and business questionnaire

**.4**
BJS                            7/30/19
Email and conversation with client.

**.3**
BV                             7/01/19
PIF packet prepared and mailed to client

**.2**
BV                             6/25/19
New client letter and fee agreement prepared and mailed to client.

**1.5**
BJS                            6/25/19
Meet with client and new file setup.